United States Bankruptcy Court
District of New Mexico

In re:  
Christee Thomson Streett  
      Debtor

Case No. 13-13030-j  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1084-1     User: phennessy     Page 1 of 1     Date Rcvd: Oct 25, 2013  
                       Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2013.  
db          +Christee Thomson Streett,    PO Box 25252,    Albuquerque, NM 87125-0252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2013 at the address(es) listed below:  
              Kelley L. Skehen     opmgr@ch13nm.com,    cmecf@swcp.com;courtemailbu@ch13nm.com  
              Kelley L. xSkehen     on behalf of Trustee Kelley L. Skehen  opmgr@ch13nm.com,  
              courtemailbu@ch13nm.com  
             United States Trustee     ustpregion20.aq.ecf@usdoj.gov  
                                                                                                                           TOTAL: 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

__STREETT, CHRISTEE THOMSON__

---
Debtor(s).

No. 13-13-13030 JA

## ORDER APPROVING PAYMENT OF FILING FEES IN INSTALLMENTS

**IT IS ORDERED** that the debtor(s) may pay the filing fee in installments, as follows:

$ 71.00    Check one: ☑ with filing of petition ☐ on or before
$ 70.00    on or before 10/16/2013
$ 70.00    on or before 11/16/2013
$ 70.00    on or before 12/16/2013
Total $   $281.00

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

_____
UNITED STATES BANKRUPTCY JUDGE

Date entered on docket: 10/25/13
**Signature(s) of Debtor(s):** _Christee Thomson Streett_

*If represented by counsel:*
Attorney name:    _____
Address:          _____
City, state, zip: _____
Telephone:        _____
Facsimile:        _____
E-mail:           _____

*Note to debtor: Debtors or the attorney for the debtors must sign this order before submitting it to the Court. The Court **will not accept** debtor's personal check. Payment must be made in cash or by certified check or money order made payable to Clerk, United States Bankruptcy Court. Mail check or money order to United States Bankruptcy Court, District of New Mexico, PO Box 546, Albuquerque, NM 87103-0546, or deliver to the Customer Service Counter, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Room 10206, Albuquerque, between 8:30 am and 4:30 pm weekdays.*

NM OF 3A