```
                        United States Bankruptcy Court
                             District of New Mexico
```

In re:                                                          Case No. 13-13030-j
Christee Thomson Streett                                        Chapter 13
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 1084-1          User: jackie              Page 1 of 1          Date Rcvd: Nov 08, 2013
                              Form ID: ntcfees          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2013.
db             +Christee Thomson Streett,    PO Box 25252,    Albuquerque, NM 87125-0252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2013 at the address(es) listed below:
              Kelley L. Skehen    opmgr@ch13nm.com,   cmecf@swcp.com;courtemailbu@ch13nm.com
              Kelley L. xSkehen    on behalf of Trustee Kelley L. Skehen opmgr@ch13nm.com,
               courtemailbu@ch13nm.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                             TOTAL: 3

| | | Dennis Chavez Federal Building and United States Courthouse | Case No.: 13−13030−j13 |
|---|---|---|---|

Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   13−13030−j13
Chapter:  13
Judge:  Robert H. Jacobvitz
Judge/341 Location: JA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Christee Thomson Streett
 aka Christee Hall
PO Box 25252
Albuquerque, NM 87125
SSN/ITIN(if any):  xxx−xx−6714

To: Christee Thomson Streett

## CLERK'S NOTICE OF FEES DUE

The following fees prescribed by 28 U.S.C. §1930 have accrued in this case and are due within 10 days[1] of the date of service of this notice:

| | Quantity | Cost |
|---|---|---|
| Adversary: | | |
| Notices: | | |
| Copies of docket sheet and claims register: | | |
| Amendments: | | |
| Reopen Case: | | |
| Motion to Divide Joint Case: | | |
| Other:   Balance of chapter 13 filing fee | | $210.00 |
| **TOTAL DUE THIS NOTICE** | | $210.00 |

Please make checks payable to the United States Bankruptcy Court. For debtors not represented by an attorney: Pay the fee in cash, money order, or cashier's check. The Clerk's Office does not accept personal checks or credit cards from the debtor.

_____

[1] unless you are a trustee and the federal provisions of 28 U.S.C. § 1930(b) apply

                                                                Norman H. Meyer, Jr.
                                                                Clerk of Court

nm_clkntcfeesdue.jsp