In re:  
Christee Thomson Streett  
    Debtor

Case No. 13-13030-j  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1084-1    User: jackie    Page 1 of 1    Date Rcvd: Nov 08, 2013  
Form ID: ods521i    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2013.  
db     +Christee Thomson Streett,    PO Box 25252,    Albuquerque, NM 87125-0252  
3262122     +Bernalillo County Tax Assessor,    1 Civic Plaza,    Albuquerque, NM 87102-2109  
3262121     State of New Mexico,    Taxation and Revenue Department,    PO 25126,    Santa Fe, NM 87504-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
3262120     E-mail/Text: TRD-bankruptcyunit@state.nm.us Nov 08 2013 23:58:00  
    New Mexico Taxation & Revenue Department,    PO Box 8575,    Albuquerque NM 87198-8575  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2013 at the address(es) listed below:  
    Kelley L. Skehen    opmgr@ch13nm.com,    cmecf@swcp.com;courtemailbu@ch13nm.com  
    Kelley L. xSkehen    on behalf of Trustee Kelley L. Skehen opmgr@ch13nm.com,    courtemailbu@ch13nm.com  
    United States Trustee    ustpregion20.aq.ecf@usdoj.gov  
    TOTAL: 3

Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   13−13030−j13
Chapter:   13
Judge:  Robert H. Jacobvitz
Judge/341 Location:  JA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Christee Thomson Streett
 aka Christee Hall
PO Box 25252
Albuquerque, NM 87125
SSN/ITIN(if any):  xxx−xx−6714

### ORDER CONFIRMING AUTOMATIC
### DISMISSAL OF BANKRUPTCY CASE OF
### DEBTOR CHRISTEE THOMSON STREETT

It appearing to the Court that the above debtor did not timely file the items indicated as required by 11 U.S.C. § 521(a)(1):

- ☐ List of creditors *(creditor mailing list/matrix)*
- ☑ Schedules A−J *(Forms B6A−B6J)*
- ☐ Schedule A − Real Property *(Form B6A)*
- ☐ Schedule B − Personal Property *(Form B6B)*
- ☐ Schedule C − Property Claimed as Exempt *(Form B6C)*
- ☐ Schedule D − Creditors Holding Secured Claims *(Form B6D)*
- ☐ Schedule E − Creditors Holding Unsecured Priority Claims *(Form B6E)*
- ☐ Schedule F − Creditors Holding Unsecured Nonpriority Claims *(Form B6F)*
- ☐ Schedule G − Executory Contracts and Unexpired Leases *(Form B6G)*
- ☐ Schedule H − Codebtors *(Form B6H)*
- ☑ Schedule I − Current Income of Individual Debtor(s) *(Form B6I)*
- ☐ Schedule J − Current Expenditures of Individual Debtor(s) *(Form B6J)*
- ☑ Summary of Schedules *(Form 6−Summary)*
- ☑ Statistical Summary of Certain Liabilities *(Form 6−Summ2)*
- ☑ Statement of Financial Affairs *(Form 7)*
- ☐ Certificate regarding notice required by § 342(b) *(included as part of signature/certification on petition, Official Form 1)*
- ☑ Statement of current monthly income and disposable income calculation (ch13) *(Form B22C)*

Therefore, in accordance with 11 U.S.C. § 521(i) and Fed. R. Bankr. P. 9006(a), this case is dismissed, effective on November 1, 2013 the 46th day after the date of filing of the petition.

Norman H. Meyer, Jr.
Clerk of Court

nm_odsmbk521i.jsp